### INHABITANTS OF PROVINCETOWN *vs.* HEMAN SMITH.

Suffolk.   March 10. — 20, 1876.   AMES & MORTON, JJ., absent.

Under the Gen. Sts. *c.* 26, § 39, the owner of a vessel under quarantine regulations
is not liable for the expenses of a seaman at a hospital, to which he had been trans-
ferred by order of the board of health of a town, and which was under their care.

BY THE COURT.   This action, as appears by the report and
by the declaration, is brought under the Gen. Sts. *c.* 26, § 39,*
against the owner of a vessel for the expenses, incurred by the
board of health of the town, of the vessel while under quarantine
regulations, and of one of her seamen at a hospital to which he
had been removed by order of that board, and which was under
their care.   Such expenses of the seaman clearly cannot be re-
covered of the owners of the vessel under this statute; and the
case does not present the question, argued at the bar, whether
the owners could be charged with them at common law, or under
any other statute of the Commonwealth.   The defendant is lia-
ble in this action for the expenses of the vessel only.

*Judgment for the plaintiff accordingly.*

*J. Willard*, for the plaintiff.
*F. Dodge*, for the defendant.

---

* "All expenses incurred on account of any person, vessel or goods, under
quarantine regulations, shall be paid by such person or the owner of such ves-
sel or goods respectively."